

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:          Ayunwi Meme Fuh v. The State of Texas

Appellate case numbers:      01-13-00494-CR

Trial court case numbers:     1354773

Trial court:               230th District Court of Harris County

Appellant, Ayunwi Meme Fuh, has filed a pro se "Application to Dismiss and/or a Personal Recognizance Bond" in his appeal. In his request, appellant asks that we "dismiss this case" against him or "grant and issue" a personal recognizance bond. We deny appellant's pro se request to dismiss his case or issue a personal recognizance bond.

Appellant is represented by counsel in this appeal. Appellant and his counsel should confer. If appellant no longer wishes to prosecute his appeal, appellant's counsel should file a motion that complies with Texas Rule of Appellate Procedure 42.2(a) in the appeal.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                    ☑ Acting individually    ☐ Acting for the Court

Date: December 23, 2014